**Electronically Filed
Supreme Court
SCWC-14-0000828
22-AUG-2016
09:47 AM**

SCWC-14-0000828

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

COUNTY OF KAUAʻI,
Respondent/Plaintiff-Appellee,

vs.

HANALEI RIVER HOLDINGS LIMITED, a Cook Islands corporation;
MICHAEL GUARD SHEEHAN;
Petitioners/Defendants-Appellants,

and

PATRICIA WILCOX SHEEHAN, as Trustee of that certain unrecorded
Revocable Trust Agreement of Patricia Wilcox Sheehan, dated
December 21, 1994; PATRICIA WILCOX SHEEHAN; GAYLORD H. WILCOX;
DANIEL H. CASE; GROVE FARM COMPANY, INC., a Hawaiʻi corporation;
HUGH W. KLEBAHN; DONN A. CARSWELL; PAMELA W. DOHRMAN;
ROBERT D. MULLINS; WILLIAM D. PRATT; RANDOLPH G. MOORE;
and the Heirs and/or Assigns of JOHN B. BROSSEAU, also known as
JOHN BROSSEAU, JOHN B. BRASSEAU and J.B. BRASSEAU;
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000828; CIV. NO. 11-1-0098)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari filed on July 10, 2016, is hereby accepted and will

be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, August 22, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson